IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER VON EVANS,

    Plaintiff,

v.                                  CASE NO. 4:11-cv-00445-MP-WCS

UNITED STATES SECRET SERVICE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 7, Notice of Incompetent Persons by Roger Von Evans. Plaintiff moves the Court to appoint a guardian ad litem, pursuant to Fla. R. Civ. P. 1210(b), which states that "[t]he court shall appoint a guardian ad litem for a minor or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the minor or incompetent person." Plaintiff submits two mental health evaluations in support of his motion. The Court would like to hear the government's response to plaintiff's motion. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The government is directed to file a response to plaintiff's motion to appoint a guardian ad litem on or before September 30, 2011.

    **DONE AND ORDERED** this   *13th* day of September, 2011

                            *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge