IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROGER VON EVANS,

    Plaintiff,

v.   CASE NO. 4:11-cv-00445-MP-WCS

UNITED STATES SECRET SERVICE,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 7, Motion to Appoint Guardian Ad Litem by Roger von Evans.  Plaintiff moves the Court to appoint a guardian ad litem, pursuant to Rule 1.210(b) of the Florida Rules of Civil Procedure.  Rule 1.210(b) states in relevant part that "[t]he court shall appoint a guardian ad litem for a minor or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the minor or incompetent person."  Fla. R. Civ. P. 1.210(b).  Defendant has responded in opposition and states that the motion should be denied because 1) the plaintiff has made no showing that he is incompetent, and 2) appointment of a guardian ad litem would be futile because the Court lacks jurisdiction over plaintiff's claims.  Defendant made that same jurisdictional argument in their motion to dismiss.  The Court will defer ruling on the jurisdictional issue until plaintiff has an opportunity to respond.  Thus, the immediate issue is whether the plaintiff has made a showing that he is incompetent.

    In support of his motion, plaintiff submitted two forensic reports regarding his competency.  Both reports were court ordered evaluations of the plaintiff's competency to be re-

sentenced in a prior criminal matter.  The first report, issued September 11, 2007, found the plaintiff to be incompetent for purposes of re-sentencing.  Doc. 7 at 14-15.  However, the second report found Plaintiff competent after undergoing competency restoration treatment.  Doc. 7 at 16.  Following this second report, plaintiff was adjudicated competent and was resentenced.  Plaintiff has not submitted any documentation in support of his motion more recent than the last forensic report finding him competent.  Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1. Plaintiff's motion to appoint guardian ad litem, Doc. 7, is DENIED.

2. Plaintiff may respond to defendant's motion to dismiss on or before October 17, 2011.

**DONE AND ORDERED** this __4th__ day of October, 2011

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge