# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ROGER VON EVANS,

    Plaintiff,

v.                                        CASE NO. 4:11cv445-MP-WCS

UNITED STATES SECRET SERVICE,

    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 8, 2011. (Doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss (doc. 10) is GRANTED and the United States Secret Service is DISMISSED as a party to the complaint.

4. This matter is REMANDED back to the Circuit Court for the Second Judicial Circuit in and for Leon County, Florida for all further proceedings.

**DONE and ORDERED** on this 23rd day of December, 2011.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **CHIEF UNITED STATES DISTRICT JUDGE**